LILLIAN M. CANDERS, as Administratrix, etc., of AUGUSTUS J. CANDERS, Deceased, Appellant, v. ANCHOR MACHINERY AND SUPPLY COMPANY, INC., and

THOMAS S. McDONALD, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.